HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOINE D JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. C14-6018 RBL<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL |

  THIS MATTER is before the Petitioner's Motion for Appointment of Counsel [Dkt. #3]

  Under 28 U.S.C. § 1915(e)(1), the court may request an attorney to represent any person unable to afford counsel.  Under §1915, the court may appoint counsel in exceptional circumstances.  *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984).  To find exceptional circumstances, the court must evaluate the likelihood of success on the merits and the ability of the petitioner to articulate the claims pro se in light of the complexity of the legal issues involved.  *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

1    Plaintiff's Motion claims only that he cannot afford an attorney. He has not established
2 any "exception circumstances" that would entitle him to one at the taxpayer's cost. The Motion
3 for appointment of counsel is DENIED.
4    IT IS SO ORDERED.
5    Dated this 9th day of March, 2015.

　　　　　　　　　　　　　　　　*/s/ Ronald B. Leighton*
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE